No. 86–255. KUZMIAK *v.* KUZMIAK. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 86–269. WHITE *v.* OFFICE OF PERSONNEL MANAGEMENT ET AL. C. A. D. C. Cir. Certiorari denied.

No. 86–273. TEXAS *v.* DANIELS, AKA AUSTIN. Ct. Crim. App. Tex. Certiorari denied.

No. 86–274. SARKISIAN ET AL. *v.* TRAVELERS INDEMNITY CO. C. A. 2d Cir. Certiorari denied.

No. 86–292. DONLEY *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied.

No. 86–297. RUSSELL *v.* TEXAS. Ct. App. Tex., 4th Sup. Jud. Dist. Certiorari denied.

No. 86–299. HUTCHISON *v.* THOMAS ET AL. C. A. 6th Cir. Certiorari denied.

No. 86–301. LIEDTKE *v.* BUJOLD ET AL. C. A. 8th Cir. Certiorari denied.

No. 86–305. REYNOLDS *v.* INGALLS SHIPBUILDING DIVISION, LITTON SYSTEMS, INC. C. A. 5th Cir. Certiorari denied.

No. 86–309. WALKER ET AL. *v.* HURON VALLEY HOSPITAL, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 86–317. ROSENE *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 86–324. AMADOR *v.* DEPARTMENT OF TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION. C. A. Fed. Cir. Certiorari denied.

No. 86–333. BARBER ET AL. *v.* AMERICAN AIRLINES, INC. C. A. 8th Cir. Certiorari denied.